■ In the Matter of the Estate of JULIA TILLMAN, Deceased. ROSALIE SANDERS, Appellant; JOHN TILLMAN, Respondent.—In a proceeding to obtain letters of administration, petitioner appeals from a resettled and amended decree of the Surrogate's Court, Kings County, dated May 7, 1976, which, *inter alia,* granted letters of administration to the respondent. Resettled and amended decree affirmed, without costs or disbursements. The record supports the court's issuance of letters of administration to the respondent as the decedent's sole distributee. Rabin, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.

■ In the Matter of MARGARET WRIGHT, Petitioner, v PHILIP L. TOIA, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review so much of a determination of the respondent Commissioner of the New York State Department of Social Services, dated August 29, 1974 and made after a statutory fair hearing, as directed the local agency to reduce petitioner's grant in the category of aid to dependent children in order to recoup overpayments caused by her willful failure to report unemployment insurance benefits received by her. Petition granted to the extent that the determination of the respondent State commissioner is modified, on the law, by adding thereto a provision that any reduction in benefits will require a finding that petitioner's minor children do not require the assistance which they are now receiving. Determination otherwise confirmed insofar as reviewed, without costs or disbursements, and matter remanded to the respondent State commissioner for further proceedings not inconsistent herewith. Although the finding of willfulness was supported by substantial evidence, there can be no reduction of the AFDC grant until there is a determination of the children's needs (see *Matter of Westby v Berger,* 54 AD2d 911). Rabin, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIONEL BARTHOLOMEW, Appellant.—Judgment of the County Court, Nassau County, rendered April 9, 1973, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, Acting P. J., Martuscello, Latham, Titone and Hawkins, JJ., concur. [73 Misc 2d 541.]